IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ROBERTO YAMIL GUERRERO DIAZ
LUGZA MARIE PRIETO MARTINEZ

XXX-XX-2648
XXX-XX-6694

Debtor(s)

CASE NO. 09-06992 MCF
Chapter 13

**FILED & ENTERED ON 08/25/2011**

## ORDER DISMISSING CASE

    Upon the trustee's motion for dismissal of the above captioned case (docket entry #34), and the debtor(s) having failed to timely reply to said motion, it is now

    ORDERED that this case be and hereby is dismissed; and it is further

    ORDERED that the Clerk shall dismiss and close any contested matter or adversary proceeding related to the instant case.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 25 day of August, 2011.

*Mildred Cabán*

Mildred Caban Flores
U. S. Bankruptcy Judge

C:    All creditors
    F/up